IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**QUANTERRIOUS BEDFORD**                                                                 **PLAINTIFF**

v.                              **CASE NO. 2:23-CV-00134-BSM**

**WEST MEMPHIS JAIL,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE